IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

AMARA CAMARA,                          )
                                       )
            Petitioner,                )
                                       )
    v.                                 )        3:26cv814
                                       )        **Electronic Filing**
MARKWAYNE MULLIN,                      )
TODD BLANCHE, CAMMILLA                 )
WAMSLEY, GEO GROUP, INC.,              )
LEONARD ODDO,                          )
                                       )
            Respondents.               )

## MEMORANDUM ORDER

AND NOW this 13th day of July, 2026, upon due consideration of the respondents' motion to extend the date by which to conduct the individualized bond hearing mandated by this Court's Judgment Order of June 18, 2026, IT IS ORDERED that the motion be, and the same hereby is, granted.  The date by which Respondents shall comply with the Judgment Order or release petitioner is extended until July 15, 2026.  There is a meaningful distinction between an inadvertent oversight by local counsel for respondents and an unexplained or intentional failure of respondents to comply with the orders of this court.

                                   s/David Stewart Cercone
                                   David Stewart Cercone
                                   Senior United States District Judge

cc:     Arnold P. Bernard , Jr., AUSA
        Eric Rosenfeld, Esquire

        (*Via CM/ECF Electronic Mail*)