IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMARA CAMARA,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 3:26cv814 |
| | ) | **Electronic Filing** |
| **MARKWAYNE MULLIN,** | ) | |
| **TODD BLANCHE, CAMMILLA** | ) | |
| **WAMSLEY, GEO GROUP, INC.,** | ) | |
| **LEONARD ODDO,** | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

AND NOW this 4th day of August, 2026, upon due consideration of petitioner's "status report" of August 1, 2026, which has been construed as a motion for extension of time to file a reply, IT IS ORDERED that [19] the construed motion be, and the same hereby is, granted.  The date by Petitioner shall file his reply is extended until August 13, 2026.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc:    Arnold P. Bernard , Jr., AUSA
Eric Rosenfeld, Esquire

(*Via CM/ECF Electronic Mail*)